IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COREY TIMMONS,** | ) |
|    Petitioner, | ) |
| | )    CIVIL ACTION NO. 15-00394-WS |
| v. | ) |
| | )CRIMINAL ACTION NO. 12-00240-WS-N-5 |
| **UNITED STATES OF AMERICA,** | ) |
|    Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge dated March 17, 2016, and made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Corey Timmons's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 598) is **DENIED** and **DISMISSED with prejudice**., and that Timmons is not entitled either to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 12th day of April 2016.

                      s/WILLIAM H. STEELE
                      **CHIEF UNITED STATES DISTRICT JUDGE**