IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COREY TIMMONS,** )  <br>     Petitioner, ) <br> ) | CIVIL ACTION NO. 15-00394-WS |
| v. ) <br> ) | CRIMINAL ACTION NO. 12-00240-WS-N-5 |
| **UNITED STATES OF AMERICA,** ) <br>     Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent United States of America and against Petitioner Corey Timmons, that this action under 28 U.S.C. § 2255 is **DISMISSED with prejudice**, and that Timmons is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 12th day of April, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE